Brett L. Gibbs, Esq. (SBN 251000)
Of Counsel to Prenda Law, Inc.
38 Miller Avenue, #263
Mill Valley, CA 94941
415-325-5900
blgibbs@wefightpiracy.com

*Attorney for Plaintiff*

IN THE UNITED STATES DISTRICT COURT FOR THE

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AF HOLDINGS LLC, ) <br> ) <br>         Plaintiff, ) <br> ) <br>    v. ) <br> ) <br> JOHN DOE, ) <br> ) <br>         Defendant. ) <br> ) | **Case No. 3:12-cv-01519-BTM-BLM** <br><br> **DECLARATION OF BRETT L. GIBBS IN SUPPORT OF PLAINTIFF'S RENEWED *EX PARTE* APPLICATION FOR LEAVE TO TAKE EXPEDITED DISCOVERY** |

### DECLARATION OF BRETT L. GIBBS

I, Brett L. Gibbs, declare as follows:

1. I am an attorney at law licensed to practice in California, and admitted in the Northern District of California. My business address is 38 Miller Avenue, #263, Mill Valley, CA, 94941. I am counsel of record for Plaintiff in this matter.

2. I used a geolocation database to determine the location of the unknown John Doe Defendant. Equipped with only the IP address via which the infringement took place, I entered that information into the website: http://whatismyipaddress.com. That geolocation website indicated that the Defendant resides in Chula Vista, California. Chula Vista, California is located within the Southern District of California.

3. I declare under penalty of perjury that the foregoing is true and correct based on my own personal knowledge. If called upon to testify, I can and will competently testify as set forth above.

**DATED: July 25, 2012**        By:    /s/ Brett L. Gibbs, Esq.