# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AF HOLDINGS LLC,<br><br>                                   Plaintiff,<br><br>         v.<br><br>CHRIS ROGERS,<br><br>                                   Defendant. | Case No. 12cv1519 BTM(BLM)<br><br>**ORDER SETTING HEARING ON MOTION TO DISMISS** |

Defendant has filed a motion to dismiss.  The Court sets the motion for hearing on **January 18, 2013 at 11:00 a.m.**  The opposition and reply briefs shall be filed in accordance with CivLR 7.1(e).  Unless otherwise directed by the Court, there shall be no oral argument, and no personal appearances are necessary.

**IT IS SO ORDERED.**

DATED:  November 21, 2012

_____
BARRY TED MOSKOWITZ, Chief Judge
United States District Court